Filed on 6/18/2015 9:45:02 AM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/18/2015 9:51:05 AM
CHRISTOPHER A. PRINE
Clerk

June 18, 2015

1ˢᵗ Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1036244
Trial Court Number: Four (4)

**Style:**

| NOVA CASUALTY COMPANY AS SUBROGEE OF DERMALOGICA, INC. | VS. | SOVEREIGN PARKING & TRANSPORTATION SERVICES, INC. |
|---|---|---|
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** ROBERTA LLOYD

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
|---|---|
| Barata R. Hollis, No. 24057584 | William S. Bush, No. 03497500 |
| 6988 Lebanon Road, Suite 103 | 5615 Kirby Drive, Suite 900 |
| Frisco, Texas 75034 | Houston, Texas 77005 |
| Phone: (972) 346-8076 | Phone: (713) 626-1555 |
| Fax: (972) 499-1390 | Fax: (713) 622-8077 |
| E-Mail: bibi@hbhattorneys.com | E-Mail: wsbush.atty@bushramirez.com |

Nova Casualty Company as Subrogee of Dermalogica, Inc., appellant, filed a Notice of Appeal on June 16, 2015 from the Final Judgment that was signed on March 18, 2015.

Motion for New Trial was filed on April 16, 2015.

The Clerk's Record is due to your office on or before July 16, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

FILED
6/16/2015 12:53:53 PM
Stan Stanart
County Clerk
Harris County

NO. <u>1036244</u>

| | | |
|---|---|---|
| NOVA CASUALTY COMPANY AS SUBROGEE OF DERMALOGICA, INC. Plaintiff, | § § § | IN THE COUNTY COURT AT LAW |
| V. | § § | NO. 4 |
| SOVEREIGN PARKING & TRANSPORTATION SERVICES, INC. | § § § | |
| Defendant. | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

Plaintiff, NOVA CASUALTY COMPANY AS SUBROGEE OF DERMALOGICA, INC., party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on March 18, 2015.

NOVA CASUALTY COMPANY AS SUBROGEE OF DERMALOGICA, INC. desires to appeal because the Court abused its discretion in converting the pre-trial to a trial, thereby disallowing a witness or expert to appear on behalf of the Appellant.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by NOVA CASUALTY COMPANY AS SUBROGEE OF DERMALOGICA, INC.

Respectfully submitted,

By: _Barata Hollis_

Notice of Appeal                    1

2

Barata R. Hollis
Texas Bar No. 24057584
Email: bibi@hbhattorneys.com
6988 Lebanon Road, Suite 103
Frisco, Texas 75034
Tel. (972) 346-8076
Fax. (972) 499-1390
Attorney for Plaintiff
NOVA CASUALTY COMPANY AS SUBROGEE OF DERMALOGICA, INC.

## Certificate of Service

I certify that a true copy of the foregoing was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:          SOVEREIGN PARKING & TRANSPORTATION SERVICES, INC.

Lead attorney: WILLIAM S. BUSH

Address of service:     5615 KIRBY DRIVE, SUITE 900
HOUSTON, TEXAS 77005
FAX: (903) 893-8161
EMAIL: WSBUSH@BUSHRAMIREZ.COM

Method of service:    by regular air mail and by electronic filing manager

Date of service: June 16, 2015

_Barata Hollis_

Barata R. Hollis
Attorney for PLAINTIFF/APPELLANT


# "CLOSED"

## CAUSE NO. 1036244

| | | |
|---|---|---|
| NOVA CASUALTY COMPANY, as Subrogee for DERMALOGICA, INC. Plaintiff, | § § § § | IN THE COUNTY CIVIL COURT |
| v. | § § | AT LAW NUMBER FOUR (4) |
| SOVEREIGN PARKING & TRANSPORTATION SERVICES, INC. Defendant. | § § | HARRIS COUNTY, TEXAS |

### JUDGMENT

BE IT REMEMBERED that on this day, came on to be heard and considered the above-entitled and numbered cause, when Plaintiff, NOVA CASUALTY COMPANY, as Subrogee for DERMALOGICA, INC., and Defendants, SOVEREIGN PARKING & TRANSPORTATION SERVICES, INC.., by and through their respective attorneys of record announced to the Court ready for trial.

It is accordingly, **ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing by reason of this suit, and that Defendants be discharged and that Plaintiff go hence without costs, without day, and that said Defendants stand fully released, discharged and acquitted.

Costs of Court shall be paid by the party bearing same. All relief not sought herein by any of the parties hereto which is not expressly granted is DENIED.

SIGNED this ___ day of _____, 2015.

JUDGE PRESIDING

FILED 2015 MAR 18 PM 2:26

G:\01719\9823\Pleadings\Judgment.doc

**4**

**APPROVED AS TO FORM:**

**BUSH & RAMIREZ, P.L.L.C.**

BY: _____

William S. Bush
TBN: 03497500
5615 Kirby Drive, Suite 900
Houston, TX 77005
Phone: 713-626-1555
Fax: 713-622-8077
Email: wsbush.atty@bushramirez.com

**ATTORNEY FOR DEFENDANT**